NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DIANNA JOYCE MARR,                          )
                                            )
            Appellant,                      )
                                            )
v.                                          )        Case No.  2D17-1724
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
_____)

Opinion filed August 16, 2019.

Appeal from the Circuit Court for
Manatee County; Hunter W. Carroll,
Judge.

Howard L. Dimmig, II, Public
Defender, and David B. Falstad,
Special Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, SILBERMAN, and ATKINSON, JJ., Concur.